## STATE OF CONNECTICUT *v.* FREDERICK CHIERO
### (AC 22071)

Schaller, Flynn and West, Js.

Argued September 20—officially released November 12, 2002

Per Curiam. The judgment is affirmed.

## STATEWIDE GRIEVANCE COMMITTEE *v.*
### BARBARA S. SHEA
### (AC 22441)

Mihalakos, Dranginis and Hennessy, Js.

Argued September 25—officially released November 19, 2002

Per Curiam. The judgment is affirmed.

## LEE MARINO *v.* NEWINGTON AUTO PARTS, INC.
### (AC 22405)

Foti, Mihalakos and Dranginis, Js.

Argued October 21—officially released November 19, 2002

Per Curiam. The judgment is affirmed.